IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Shyam Ventures, LLC,                    :
                      Appellant          :
                                         :
         v.                              :
                                         :
Zoning Hearing Board of the              :
Borough of Castle Shannon and            :
Borough of Castle Shannon                :          No. 56 C.D. 2023


**PER CURIAM**                    **O R D E R**


      NOW, May 6, 2024, having considered Appellant's application for reargument and Appellee's answer in response thereto, the application is DENIED.